[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-10911
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00556-EAK-MAP-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TRENTON STEVENS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(November 18, 2014)

Before MARCUS, PRYOR and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Trenton Stevens, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Stevens's conviction and sentence are **AFFIRMED**.